No. 6393.—PÉREZ, aplte. *v.* CORTE MUNICIPAL DE SALINAS, aplda. y MANEIRO, aplda.—C. D. Guayama.　　Noviembre 28, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, una sentencia de la Corte de Distrito de Guayama anulando un auto de *certiorari* fué apelada para ante este Tribunal:

POR CUANTO, se ha presentado moción para que desestimemos este recurso por frívolo:

POR CUANTO, el apelante perdió, como demandado, un pleito de desahucio en la Corte Municipal de Salinas:

POR CUANTO, el apelante no convenció a la corte de distrito, ni ha convencido a este Tribunal, de la existencia de motivo alguno para librar el auto de *certiorari* que solicitó en la corte de distrito:

POR TANTO, se desestima, por frívolo, el presente recurso.